IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ENOC TORRES | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-243 |
| | § | JURY |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE COMPANY | § | |
| AND MICHAEL JAKUBOWSKI | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, the Parties' Agreed Motion to Dismiss with Prejudice.  Having considered the agreed motion based on a confidential settlement entered between Plaintiff, Enoc Torres and Defendants, The Travelers Home and Marine Insurance Company and Michael Jakubowski, the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendants.   IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

**SIGNED this 19th day of October, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE